**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       )<br>          Plaintiff,              )<br>                                    )<br>vs.                                )<br>                                    )<br>                                    )<br>ALBERT YAZZIE,             )<br>          Defendant.           )<br>_____)  | 07-04262MP-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court with counsel. The defendant's detention hearing was held by defendant through defense counsel.

IT IS ORDERED that the defendant is detained pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger.

DATED this 7th day of April, 2008.

_____
Mark E. Aspey
United States Magistrate Judge